Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal of Olga Galich, appellant. Gen. No. 29,661.

Order committing for contempt by violating injunction against picketing. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal In re Contempt Proceedings against Florence Corn, appellant. Gen. No. 29,662.

Order committing for contempt by violating injunction against picketing. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal In re Contempt Proceedings against Meyer Barkan, appellant. Gen. No. 29,665.

Order committing for contempt by violating injunction against picketing. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal of Jennie Lieberman, appellant. Gen. No. 29,667.

Order committing for contempt by violating order against picketing. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Gridley delivered the opinion of the court.